THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213)894-5710
Facsimile: (213)894-7177
E-Mail: frank.kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ONE 2002 CHEVROLET SILVERADO PICK-UP TRUCK,

Defendant.

MATTHEW JAY BURGE,

Claimant.

NO. SACV 07-1453 CJC (ANx)

~~[PROPOSED]~~

**CONSENT JUDGMENT OF FORFEITURE**

This action was filed on December 19, 2007. Notice was given and published in accordance with law. Claimant Matthew Jay Burge filed a statement of interest on January 16, 2008, but did not file an answer. No other claims or answers have been filed,

and the time for filing such claims and answers has expired. Plaintiff and claimant have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture. **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant vehicle other than claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to the 2002 Chevrolet Silverado Pick-Up Truck, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of the defendant vehicle in accordance with law.

4. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney’s fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

5. Plaintiff, United States of America, agrees that it will not seek to recover civil sanctions (except to the extent that the forfeiture of the defendant vehicle can be considered a civil sanction), attorney's fees or costs in connection with this action or the underlying seizure.

6. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: October 22, 2008

THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: October __, 2008

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

Dated: October __, 2008

SHAWN R. PEREZ
Attorney for Claimant
MATTHEW JAY BURGE